UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA KUHNE-IRIGOYEN, | No. 1:18-cv-01011-DAD-SKO |
| Plaintiff, | |
| v. | ORDER RE: DISMISSING PLAINTIFF'S FRAUD CLAIM AGAINST ALL DEFENDANTS |
| GILBERTO GONZALEZ, et al., | |
| Defendants. | (Doc. 7) |

On July 26, 2018, Plaintiff filed a complaint against Defendants alleging breach of contract and fraud. (Doc 1.) On September 12, 2018, Plaintiff filed a Notice of Intention to Proceed Only on the Breach of Contract Claim Against All Defendants, in which she notifies the Court that she only intends to proceed on her breach of contract claim. (Doc. 7.) Because Plaintiff does not intend to pursue her fraud claim against Defendants, the Court construes this notice as a voluntary dismissal of her fraud claim against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment., she has voluntarily DISMISSED her fraud claim pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This case shall remain OPEN pending resolution of Plaintiff's remaining claim against Defendants.

IT IS SO ORDERED.

Dated: **September 13, 2018**         /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE