# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA KUHNE-IRIGOYEN,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO GONZALEZ, et al.,<br><br>Defendants. | Case No. 1:18-cv-01011-DAD-SKO<br><br>**ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN TWENTY-ONE DAYS**<br><br>**(Docs. 6, 7, 8)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

On July 26, 2018, Plaintiff Laura Kuhne-Irigoyen, proceeding pro se and *in forma pauperis*, filed a civil complaint alleging diversity jurisdiction and causes of action for breach of contract and fraud. (Doc. 1 ("Compl.").) The undersigned screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915 on September 7, 2018, finding Plaintiff's claim for breach of contract cognizable and her fraud claim subject to dismissal. (*See* Doc. 6.) Plaintiff was granted twenty-one days to either file an amended complaint curing the pleading deficiencies identified in the order or notify the Court in writing that she does not wish to file an amended complaint and wishes to proceed only on the breach of contract claim as identified by the Court as viable/cognizable in the order, dismissing her fraud claim. (*See id.*) On September 12, 2018, Plaintiff filed a notice indicating that she wishes to proceed only on her breach of contract claim (*see* Doc. 7), and, as such, the Court entered an order regarding the dismissal of Plaintiff's fraud claim on September 13, 2018 (*see* Doc. 8).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate on the following defendants:

   **Gilberto Gonzalez**

   **Bertha Gonzalez aka Gilberta Gonzalez**

   **Evy Gonzalez**

   **Marvin Gonzalez**

   **Gilbert Gonzalez, Jr. aka Gilbert R. Gonzalez**

   **Nora Gonzalez**

2. The Clerk of Court shall send Plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint, filed July 26, 2018 (Doc. 1).

3. Within **twenty-one (21) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

   a. A completed summons for each defendant listed above;

   b. A completed USM-285 form for each defendant listed above; and

   c. Seven (7) copies of the endorsed complaint, filed July 26, 2018 (Doc. 1).

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. **The failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order and failure to prosecute**.

IT IS SO ORDERED.

Dated: **September 14, 2018**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE